UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In the matter of:

HASTINGS MOTEL, LLP,

Debtor.

Civil File No. 00-1592
Bky. File No. 99-33765
Adv. No. 99-3220

HASTINGS MOTEL LIMITED LIABILITY PARTNERSHIP.,

Appellant,

v.

NATIONAL DISPATCHERS, INC.,

Appellant.

ORDER

---

This matter is before the court upon Appellant's appeal from Bankruptcy Judge Gregory F. Kishel's Order of May 22, 2000. On appeal to the District Court, the bankruptcy court's legal conclusions are subject to de novo review. In re Apex Oil, 884 F.2d 343 (8th Cir. 1989). The bankruptcy court's findings of fact are subject to a clearly erroneous standard of review. Bankruptcy Rule 8013.

Based on a review of the record and consideration of the submissions of the parties, the Court concludes that Bankruptcy Judge Kishel's Order is neither clearly erroneous nor contrary to law.

FILED 12/29/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD DEC 29 2000
DEPUTY CLERK

Civil File No. 00-1592
Bky. File No. 99-33765
Adv. No. 99-3220

Accordingly, IT IS HEREBY ORDERED that:

Bankruptcy Judge Gregory F. Kishel's Order of May 22, 2000 is AFFIRMED.

Dated: Dec. 29, 2000.

Michael J. Davis
Michael J. Davis
United States District Court