# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Hastings Motel Limited Liability Partnership,

Appellant

Case No. Civil 00-1592 MJD

v.

**JUDGMENT IN A CIVIL CASE**

National Dispatchers, Inc.,

Appellant

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

Bankruptcy Judge Gregory F. Kishel's order of May 22, 2000, is affirmed.

DATE: December 29, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk